# United States Court of Appeals
## For the First Circuit

No. 16-2271

PAN AM RAILWAYS, INC.,

Petitioner,

v.

UNITED STATES DEPARTMENT OF LABOR,

Respondent,

JASON RAYE,

Intervenor.

**JUDGMENT**

Entered: April 21, 2017

This cause came on to be heard on a petition for review of an order of the United State and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The petition for review is denied. Costs are awarded against Pan Am Railways, Inc.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Robert S. Hawkins
Andrew J. Rolfes
Megan Elizabeth Guenther
US Department of Labor
Dean Romhilt
Stephen J. Fitzgerald
US Department of Labor Administrative Review Board