# United States Court of Appeals
## For the First Circuit

No. 16-2271

PAN AM RAILWAYS, INC.

Petitioner

v.

US DEPARTMENT OF LABOR

Respondent

JASON RAYE

Intervenor

**MANDATE**

Entered: June 13, 2017

In accordance with the judgment of April 21, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Stephen J. Fitzgerald
Megan Elizabeth Guenther
Robert S. Hawkins
Andrew J. Rolfes
Dean Romhilt
US Department of Labor
US Department of Labor Administrative Review Board