# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| **PAN AM RAILWAYS, INC.,** | CASE NO.: 16-2271 |
| Petitioner, | ARB Case No. 14-074 |
| v. | ALJ Case No. 2013-FRS-00084 |
| **U.S. DEPARTMENT OF LABOR,** | |
| Respondent, | |
| and | |
| **JASON RAYE,** | |
| Intervenor. | June 22, 2017 |

### JOINT STIPULATION

Complainant Jason Raye and Respondent Pan American Railways, Inc., through their undersigned counsel, hereby jointly stipulate to the allowable attorney fees and litigations costs incurred by Complainant Jason Raye since November 1, 2016 in connection with Respondent's unsuccessful appeal of the Administrative Review Board's ("ARB") Final Decision and Order to the United States Court of Appeals for the First Circuit, and in support thereof aver as follows:

1. On September 8, 2016, the ARB issued a Final Decision and Order in Case No. 14-074 affirming the ALJ's Decision and Order in this matter, and awarding Complainant reasonable attorney's fees and costs.

2. On October 17, 2016, Respondent filed a Petition for Review with the United States Court of Appeals for the First Circuit challenging the ARB's decision.

3. On April 21, 2017, the United States Court of Appeals for the First Circuit issued a decision denying Respondent's appeal in its entirety. On June 13, 2017, the First Circuit issued a Mandate.

4. As the prevailing railroad worker under the Federal Rail Safety Act (49 U.S.C. §20109(e)(2)(C)), Complainant is entitled to recover litigation costs and reasonable attorney's fees. The parties have heretofore stipulated to the amounts of fees and costs recoverable at each stage of this litigation and wish to do so again.

5. Therefore, the parties hereby stipulate that the attorney's fees and litigation costs owed to Complainant for the work performed as a result of the appeal to the First Circuit is Twenty One Thousand Nine Hundred and Seventy-Seven Dollars and 28/00 cents ($21,977.28).

6. The parties previously stipulated to amounts owed for attorney's fees and litigation costs after the hearing before the Administrative Law Judge ($37,352.58) and after the unsuccessful Petition before the Administrative Review Board ($10,350). Therefore, the total stipulated amount owed by Respondent for attorney's fees and litigation costs is Sixty Nine Thousand Six Hundred and Seventy Nine Dollars and 86/00 cents ($69,679.86).

| | |
|---|---|
| GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C. | COZEN O'CONNOR |
| By: /s/ *Stephen J. Fitzgerald* <br> Stephen J. Fitzgerald <br> 405 Orange Street <br> New Haven, CT 06511 <br> (203) 777-4425 | By: _____ <br> Andrew J. Rolfes <br> 1650 Market Street <br> Suite 2800 <br> Philadelphia, PA 19103 |
| *Counsel for Complainant, Jason Raye* | *Counsel for Pan Am Railways, Inc.* |

**Date: June 21, 2017**

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing **Joint Stipulation** has been furnished electronically via the Court's ECF system this 22nd day of June, 2017, to the following:

*Counsel for Petitioner, PanAm Railways*:
Robert S. Hawkins, Esq.
Andrew J. Rolfes, Esq.
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103

*Counsel for Respondent, US DOL*:
Dean A. Romhilt
Senior Attorney
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Avenue, N.W., Rm N-2716
Washington, DC  20210

                                        /s/ *Stephen J. Fitzgerald*
                                        Stephen J. Fitzgerald