# United States Court of Appeals
## For the First Circuit

No. 16-2271

PAN AM RAILWAYS, INC.

Petitioner

v.

US DEPARTMENT OF LABOR

Respondent

JASON RAYE

Intervenor

Before

Howard, Chief Judge,
Selya and Lynch, Circuit Judges.

**ORDER OF COURT**

Entered: July 5, 2017

Upon consideration of the joint stipulation for fees and costs between Intervenor Jason Raye and Petitioner Pan Am Railways Inc., the stipulation is granted.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Robert S. Hawkins
Andrew J. Rolfes
Megan Elizabeth Guenther
US Department of Labor
Dean Romhilt
Stephen J. Fitzgerald
US Department of Labor Administrative Review Board